**Mark Webb, Esq.**
994 Clayton Street, #2
San Francisco, CA 94117
Telephone: (415) 515-0960
Email: mark@markwebb.com
*Plaintff in Pro Per*

**GREENBERG TRAURIG, LLP**
DONALD S. DAVIDSON (SBN 231908)
davidsonds@gtlaw.com
BRIAN Q. HALL (SBN 318209)
hallbri@gtlaw.com
Four Embarcadero Center, Suite 3000
San Francisco, California 94111
Telephone: (415) 655-1300
Fax: (415) 707-2010

STEVEN M. FELSENSTEIN (*pro hac vice*)
felsensteins@gtlaw.com
1717 Arch Street, Suite 400
Philadelphia, Pennsylvania, 19103
Telephone: (215) 988-7800
Facsimile: (215) 988-7801

DONALD N. COHEN (*pro hac vice*)
cohend@gtlaw.com
445 Hamilton Avenue
White Plains, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

*Attorneys for Defendants*
COMMONWEALTH CAPITAL CORPORATION,
COMMONWEALTH INCOME & GROWTH
FUND, INC., and KIMBERLY SPRINGSTEEN-
ABBOTT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARK WEBB, and individual<br><br>  Plaintiff,<br><br>v.<br><br>COMMONWEALTH CAPITAL CORPORATION, a Pennsylvania corporation; COMMONWEALTH CAPITAL CORPORATION, COMMONWEALTH INCOME & GROWTH FUNDS, INC., a Delaware corporation; and KIMBERLY SPRINGSTEEN-ABBOTT, individually and her capacity as owner and manager of COMMONWEALTH CAPITAL CORPORATION; DOES 1 through 50, inclusive,<br><br>  Defendants. | CASE NO.: 19-cv-04614-dmr<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**<br><br>Removed from the Superior Court of the State of California, County of San Francisco<br><br>Removal Filed: August 9, 2019<br>State Court Action Filed: July 5, 2019 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff *in pro per* Mark Webb ("Plaintiff") and Defendants Commonwealth Capital Corporation, Commonwealth Income & Growth Funds, Inc., and Kimberly Springsteen-Abbott (collectively, "Defendants"), by and through their respective undersigned attorneys, hereby submit the following Stipulation for Dismissal With Prejudice.

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed **with prejudice** against Defendants Commonwealth Capital Corporation, Commonwealth Income & Growth Funds, Inc., and Kimberly Springsteen-Abbott pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

DATED: September 10, 2019

By: _____
Mark L. Webb
Plaintiff *in pro per*

DATED: September 10, 2019

GREENBERG TRAURIG, LLP

By: _____
Donald S. Davidson
Steven M. Felsenstein
Donald N. Cohen
Brian Q. Hall

Attorneys for Defendants
COMMONWEALTH CAPITAL CORPORATION;
COMMONWEALTH INCOME & GROWTH FUND, INC.; and KIMBERLY SPRINGSTEEN-ABBOTT

**ORDER**

Based on the foregoing stipulation and good cause being shown, the Court hereby GRANTS the Parties' Stipulation. The Court hereby orders as follows:

1. The above-captioned action is dismissed with prejudice as to Defendants Commonwealth Capital Corporation, Commonwealth Income & Growth Funds, Inc., and Kimberly Springsteen-Abbott

SO ORDERED.

DATED: September 12, 2019



_____
Hon. Donna M. Ryu
United States Magistrate Judge